**Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00590-CV
_____

## IN THE INTEREST OF V.A., ET AL.

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2018-01783J**

## ORDER

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record no later than **August 19, 2019**, containing the **decree of termination**. If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM